June 26, 1981.

435 A.2d 659

Commonwealth v. Brandon, Appellant.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

Submitted June 13, 1980. Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.